**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| IMPLICIT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TREND MICRO, INC. <br><br> Defendant. | Case No. 6:16-cv-00080-JRG |

### TREND MICRO, INC.'S OPPOSITION TO MOTION TO WITHDRAW

Defendant Trend Micro, Inc. ("Trend Micro") submits this Opposition to the Motion to Withdraw Holt Lackey as Counsel of Record ("Motion to Withdraw") (Docket No. 196) for Plaintiff Implicit, LLC ("Implicit").

Trend Micro opposes Implicit's Motion to Withdraw to the extent Implicit attempts to use it as a mechanism to delay trial in this matter. Trend Micro has been preparing for trial in this case for many months. In this regard, Trend Micro has already secured witness availability and arrangements in accordance with this Court's Docket Control Order and is fully prepared to present its case. Implicit should not be permitted to delay this case by virtue of a change in representation, as such a delay would significantly prejudice Trend Micro.

As Trend Micro made clear to Implicit as part of meeting and conferring about the instant motion, Trend Micro does not oppose Implicit's Motions to Withdraw to the extent Implicit agrees not to try to move the trial date in this case.

| | |
|---|---|
| Dated: August 17, 2017 | Respectfully submitted, |

/s/ Benjamin E. Weed
Michael Zeliger, *pro hac vice*
California Bar No. 271118
Michael.zeliger@klgates.com
Audrey Lo, *pro hac vice*
California Bar No. 253738
audrey.lo@klgates.com
Ranjini Acharya, *pro hac vice*
California Bar No. 290877
ranjini.acharya@klgates.com
**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
650.798.6700
650.798.6701 *Facsimile*

Benjamin E. Weed, *pro hac vice*
Illinois Bar No. 6294052
benjamin.weed@klgates.com
Gina A. Jenero, *pro hac vice*
Illinois Bar No. 6320853
gina.jenero@klgates.com
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602
(312) 372-1121
(312) 827-8000 *Facsimile*

Ravi S. Deol
Texas State Bar No. 24090073
ravi.deol@klgates.com
**K&L GATES LLP**
1717 Main St.
Suite 2800
Dallas, TX 75201
214.939.5500
214.939.5849 *Facsimile*

Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670

**TREND MICRO'S OPPOSITION TO
MOTIONS TO WITHDRAW** **PAGE 2**

        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257

*Attorneys for Defendant Trend Micro, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17, 2017, the foregoing document was served on all counsel of record who have consented to electronic service via electronic mail per Local Rule CV-5(d).

        /s/ Melissa R. Smith