# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TREND MICRO, INC.<br><br>        Defendant. | Case No. 6:16-cv-00080-JRG |

## JOINT NOTICE TO THE COURT
## REGARDING DISMISSAL WITH PREJUDICE

Plaintiff Implicit LLC ("Implicit") and Defendant Trend Micro, Inc. ("Trend Micro") (collectively, "the parties") hereby provide notice that, as ordered by the Court [Dkt. No. 262], a final settlement agreement was fully executed by the parties on December 8, 2017.[1] The settlement agreement provides 10 business days for a lump sum payment to be wired, via the Federal Reserve System, and an additional 3 business days from the date payment is received for the parties to dismiss, with prejudice, all claims, with each party to bear its own costs, attorney's fees, and expenses.

The parties are respectful of the Court's custom and practice regarding notification of settlement and the filing of dismissal papers and are providing notice to the Court that a joint motion to dismiss will be filed promptly upon confirmation that the wire transfer is complete and that the funds have been received, but in no event will the dismissal be filed later than December 27, 2017.

---

[1] The parties will promptly submit to the Court under seal the executed settlement agreement upon request.

Dated: December 13, 2017

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Michael Zeliger, *pro hac vice*
California Bar No. 271118
Michael.zeliger@klgates.com
Audrey Lo, *pro hac vice*
California Bar No. 253738
audrey.lo@klgates.com
Ranjini Acharya, *pro hac vice*
California Bar No. 290877
ranjini.acharya@klgates.com
**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
650.798.6700
650.798.6701 *Facsimile*

Benjamin E. Weed, *pro hac vice*
Illinois Bar No. 6294052
benjamin.weed@klgates.com
Gina A. Jenero, *pro hac vice*
Illinois Bar No. 6320853
gina.jenero@klgates.com
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602
(312) 372-1121
(312) 827-8000 *Facsimile*

Ravi S. Deol
Texas State Bar No. 24090073
ravi.deol@klgates.com
**K&L GATES LLP**
1717 Main St.
Suite 2800
Dallas, TX 75201
214.939.5500

214.939.5849 *Facsimile*

***ATTORNEYS FOR DEFENDANT TREND MICRO, INC.***

By: */s/ William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM P.C.**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
E-mail: bdavis@bdavisfirm.com

Benjamin L. Singer
California State Bar No: 264295
Adam S. Cashman
California State Bar No: 255063
James Hopenfeld
California State Bar No: 190268
Evan N. Budaj
**SINGER / BEA LLP**
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080
bsinger@singerbea.com
acashman@singerbea.com
jhopenfeld@singerbea.com
ebudaj@singerbea.com

***ATTORNEYS FOR PLAINTIFF IMPLICIT, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 13th day of December, 2017.

*/s/ Melissa R. Smith*
Melissa R. Smith